**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1060**

---

In re:  JOHNNY ELIAS GONZALEZ, a/k/a Solo,

        Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of North Carolina, at Charlotte.  (3:08-cr-00134-RJC-SCR-18)

---

Submitted:  July 25, 2024                          Decided:  July 29, 2024

---

Before GREGORY, HARRIS, and QUATTELBAUM, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Johnny Elias Gonzalez, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Elias Gonzalez petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for compassionate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently denied the motion. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*